**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ORIGINAL

| | |
|---|---|
| Vadnais Technologies Corp., Plaintiff, | **Civil No.** 00-1585 DSD/JMM |
| vs. | **STIPULATION FOR EXTENSION OF TIME** |
| Hewlett-Packard Company, Defendant. | |

The parties, by their undersigned attorneys, stipulate that the time within which the Defendant may serve an answer or otherwise plead may be extended until August 5, 2000.

Dated: 6/30, 2000

PARSINEN KAPLAN ROSBERG
& GOTLIEB P.A.

Kevin R. Coan
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402

Attorneys for Plaintiff
Vadnais Technologies Corp.

Dated: 6/30, 2000

FAEGRE & BENSON LLP

WLU

Richard A. Duncan, #192983
William L. Underwood, #279985
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant Hewlett-Packard
Company

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Vadnais Technologies Corp., Plaintiff, | ) | **Civil No.** ____________ |
| vs. | ) | **ORDER** |
| Hewlett-Packard Company, Defendant. | ) | |

Pursuant to the foregoing stipulation, it is *Ordered*, that the time within which the Defendant may serve an answer or otherwise plead is extended until August 4, 2000.

Dated: July 5, 2000

Magistrate Judge

M1:639098.01