**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Vadnais Technologies Corp., a Minnesota corporation,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**Hewlett-Packard Company, a Delaware corporation, and Agilent Technologies, Inc., a Delaware corporation,**<br><br>**Defendants.** | **STIPULATION FOR STAY OF DISCOVERY** and ORDER<br><br>**Court File No. 00-1585 (DSM/JMM)** |

The parties, by their undersigned attorneys, hereby stipulate to a stay of formal discovery, including the service and filing of the parties' initial disclosures under Fed.R.Civ.P. Rule 26, until October 16, 2000 so that the parties may instead engage in settlement negotiations.

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

Dated: 9/15/00

By: [signature]
Joseph M. Sokolowski
Attorney I.D. No. 178366
Kevin R. Coan
Attorney I.D. No. 29357X
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
612/333-2111
Attorneys for Plaintiff

FILED SEP 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

280839v1

**IRELL & MANELLA LLP**

Dated: 9/15/00

By: ______________________________
Morgan Chu, California #70446
Nicola J. Bird, California $190462
Suite 900
1800 Avenue of the Stars
Los Angeles, CA 90067-4276
310/277-1010

and

**FAEGRE & BENSON LLP**
Richard A. Duncan
Attorney I.D. No. 192983
Attorney I.D. No. 279985
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612/336-3000
Attorneys for Defendants

**ORDER**

**IT IS HEREBY ORDERED** that formal discovery, including the service and filing of the parties' initial disclosures under Fed.R.Civ.P. Rule 26, be stayed until October 16, 2000 so that the parties may instead engage in settlement negotiations. This Order does not alter the Pretrial Scheduling Order in any respect.

**BY THE COURT:**

Dated: 9/19/00

______________________________
Magistrate Judge John M. Mason