UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VADNAIS TECHNOLOGIES CORP.,

Plaintiff,

v.

HEWLETT-PACKARD COMPANY and
AGILENT TECHNOLOGIES, INC.,

Defendants.

CIVIL NO. 00-1585 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon the Parties' Stipulation to Amend the Pretrial Scheduling Order. The Court will treat this as a Motion to Amend the Pretrial Scheduling Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Parties' Motion to Amend the Pretrial Scheduling Order is denied without prejudice for failure to comply with the requirements of Local Rule 16.3(b).

Dated: November 16, 2000

JOHN M. MASON
United States Magistrate Judge

NOV 16 2000
FILED [illegible]
[illegible]AL, CLERK
JUDGMENT [illegible]
DEPUTY [illegible]