UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **Vadnais Technologies, Corp., a Minnesota corporation, Plaintiff,**<br><br>**vs.**<br><br>**Hewlett-Packard Company, a Delaware corporation, and Agilent Technologies, Inc., a Delaware corporation,**<br><br>**Defendants.** | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**Court File No. 00-1585 (DSM/JMM)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Vadnais Technologies, Corp. through its counsel Kevin R. Coan, Esq. and Parsinen Kaplan Rosberg & Gotlieb, P.A. and Defendants Hewlett-Packard Company and Agilent Technologies, Inc., through its counsel Nicola Bird, Esq., that Plaintiff's Complaint against the above-named Defendants may be, and the same hereby is, dismissed with prejudice and without costs or any other relief to any party.

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

Dated: May 4, 2001

By: [signature]
Joseph M. Sokolowski
Attorney I.D. No. 178366
Kevin R. Coan
Attorney I.D. No. 29357X
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
612/333-2111
Attorneys for Plaintiff Vadnais Technologies Corp.

295672v1

FILED 5-9-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 5-9-01
Deputy Clerk's Initials

**IRELL & MANELLA, LLP**

Dated: April 23, 2001

By: ______________________
Morgan Chu
California Attorney I.D. No. 70446
Nicola J. Bird
California Attorney I.D. No. 190462
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Attorneys for Hewlett-Packard Company and Agilent Technologies, Inc.

**FAEGRE & BENSON LLP**
Richard A. Duncan
Attorney I.D. No. 192983
Attorney I.D. No. 279985
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612/336-3000
Attorneys for Defendants

**ORDER**

Upon the basis of the above Stipulation, it is hereby **ORDERED** that the claims for relief herein may be, and the same hereby are, dismissed with prejudice and without costs or any other relief to any party.

Dated: 5/9/01

**BY THE COURT:**

______________________
Judge of United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.